UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| UNITED STATES OF AMERICA, | ) | 2:06-CR-002-RCJ-GWF |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| CHARLES DOUCETTE | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#305) on March 5, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BANK OF AMERICA
Amount of Restitution: $86,700.00

**Total Amount of Restitution ordered: $86,700.00\*\***
\*\*Joint and Several with co-defendants

Dated this 24th day of April, 2017.

UNITED STATES DISTRICT JUDGE